**DISMISS; and Opinion Filed December 12, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01152-CV

**WHITESTONE HEADQUARTERS VILLAGE, LLC D/B/A HEADQUARTERS VILLAGE, SUCCESSOR-IN-INTEREST TO HEADQUARTERS II, LP, Appellant**

**V.**

**HAUTE MAMA DESSERT COMPANY, LLC, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05110-2018**

## MEMORANDUM OPINION

Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Schenck

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that the parties have settled their differences. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

181152F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WHITESTONE HEADQUARTERS
VILLAGE, LLC  D/B/A
HEADQUARTERS VILLAGE,
SUCCESSOR-IN-INTEREST TO
HEADQUARTERS II, LP, Appellant

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-05110-2018.
Opinion delivered by Justice Schenck.
Justices Francis and Stoddart participating.

No. 05-18-01152-CV        V.

HAUTE MAMA DESSERT
COMPANY, LLC, Appellee

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee HAUTE MAMA DESSERT COMPANY, LLC recover its costs of this appeal from appellant WHITESTONE HEADQUARTERS VILLAGE, LLC D/B/A HEADQUARTERS VILLAGE, SUCCESSOR-IN-INTEREST TO HEADQUARTERS II, LP.

Judgment entered this 12th day of December, 2018.